# ZMO Law PLLC

March 29, 2021

**Via ECF**

Douglas C. Palmer, Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: *Felipe Rodriguez v. City of New York et al.*, 21-cv-01649

Dear Mr. Palmer:

This office represents plaintiff Felipe Rodriguez in the above-captioned matter. We write to withdraw the motion to appoint Zachary Margulis-Ohnuma as lead counsel, ECF No. 2. Our office intended to file the document as a notice of appearance but, as a result of law office error, the document was filed as a motion. We respectfully request that the motion be terminated and removed from the docket.

Thank you for your attention to this case.

Very truly yours,

*Zachary Margulis-Ohnuma*

Zachary Margulis-Ohnuma

260 Madison Avenue, 17th Floor • New York, NY 10016
(212) 685-0999 • info@zmolaw.com
www.zmolaw.com