UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

FELIPE RODRIGUEZ,

                                  Plaintiff,

-against-

THE CITY OF NEW YORK, et. al.,

                                  Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

21 CV 1649 (AMD)(RLM)

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:        New York, New York
                May 2, 2021

                                  JAMES W. JOHNSON
                                  Corporation Counsel of the
                                    City of New York
                                  *Attorney for Defendant City of New York*
                                  100 Church Street
                                  New York, New York 10007
                                  (212) 356-3519

                                By:    /s/ Mark D. Zuckerman
                                        MARK D. ZUCKERMAN