UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FELIPE RODRIGUEZ,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                             Defendants.

No. 21 Civ. 1649 (AMD)(RLM)

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel for Defendants Metropolitan Transportation Authority, Long Island Rail Road Company, Thomas Sullivan, and Charles Wendel in the above-captioned matter.

I certify that I am admitted to practice in this Court.

Dated:      New York, New York
              June 8, 2021

By: _____
Ira J. Lipton
HOGUET NEWMAN
REGAL & KENNEY, LLP
One Grand Central Place
60 East 42nd Street, 48th Floor
New York, NY 10165
Phone: 212.689.8808
Fax: 212.689.5101
ilipton@hnrklaw.com

*Counsel for Defendants MTA, LIRR Sullivan, and Wendel*