

**THE CITY OF NEW YORK**

**JAMES E. JOHNSON**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

June 11, 2021

**VIA ECF**
The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  <u>Felipe Rodriguez v. City of New York, et. al.</u>, 21 Civ. 1649 (AMD)(RLM)

Your Honor:

      I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, representing defendants City of New York, Sgt. George Zaroogian (Ret.) Det. John Beisel (Ret.), Det. John Califano (Ret.), Det. Jerry Fennel (Ret.) and John Wilde (Ret.) in the above referenced matter.  We write with the consent of plaintiff's counsel to respectfully request that the summonses at Dockets 1-6, 1-8, 1-9 and 1-10 herein be sealed for the reasons that they have former police detective defendants' purported private residential addresses.  Plaintiff eventually proceeded by waiver of summons as to each defendant and these defendants have all appeared in the case.  As such, it is unnecessary for these defendants to have their purported home addresses on ECF.

      Thank you for your consideration herein.

      Respectfully submitted,

      /s/ Mark D. Zuckerman
      Mark D. Zuckerman
      Senior Counsel

cc:    All Counsel (via ECF)