AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Felipe Rodriguez | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  21-cv-01649 (AMD)(RLM) |
| City of New York et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Felipe Rodriguez                        .

Date:   06/24/2021

/s/
*Attorney's signature*

Joel B. Rudin, JR5645
*Printed name and bar number*

Law Offices of Joel B. Rudin, P.C.
Carnegie Hall Tower
152 West 57th Street, 8th Floor
New York, NY 10019
*Address*

jbrudin@rudinlaw.com
*E-mail address*

(212) 752-7600
*Telephone number*

(212) 980-2968
*FAX number*