

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

August 2, 2021

**VIA ECF**
The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>Felipe Rodriguez v. City of New York, et. al.</u>, 21 Civ. 1649 (AMD)(RLM)

Your Honor:

   I am a Senior Counsel in the office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, representing defendants City of New York, Sgt. George Zaroogian (Ret.) Det. John Beisel (Ret.), Det. John Califano (Ret.), Det. Jerry Fennel (Ret.) and John Wilde (Ret.) in the above referenced matter.  We write with the consent of all counsel to respectfully request that the Court's pre-motion conference requirement be waived as to defendants' anticipated motions to dismiss plaintiff's amended complaint, which was filed on July 26, 2021, in light of the pre-motion conference held on July 12, 2021, and that the Court endorse the parties' proposed briefing schedule as follows:  Motions, September 7, 2021; Responses, September 28, 2021; Replies, October 12, 2021.  The Court indicated at the July 12, 2021 pre-motion conference that it would be setting a briefing schedule following plaintiff's decision whether or not to amend the complaint, and the parties at their Rule 26(f) conference of today agreed upon the foregoing briefing schedule.

   Thank you for your consideration herein.

                 Respectfully submitted,

                 /s/ Mark D. Zuckerman
                 Mark D. Zuckerman
                 Senior Counsel

cc: All Counsel (via ECF)