# ZMO Law PLLC

August 2, 2021

**Via ECF**

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: *Felipe Rodriguez v. City of New York et al.*, 21-cv-01649 (AMD) (RLM)

Dear Judge Mann:

This office represents Felipe Rodriguez in the above-captioned matter. The parties conferred pursuant to Rule 26(f) on August 2, 2021. We write with the consent of all parties to respectfully request that the Court hold an initial pretrial conference to set a discovery schedule.

Thank you for your attention to this case.

Very truly yours,

*Zachary Margulis-Ohnuma*

Zachary Margulis-Ohnuma

CC:  All Counsel (via ECF)
     Hon. Anne M. Donnelly, USDJ (via ECF)

260 Madison Avenue, 17th Floor • New York, NY 10016
(212) 685-0999 • info@zmolaw.com
www.zmolaw.com