

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**GEORGIA M. PESTANA**
*Corporation Counsel*

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

August 2, 2021

**VIA ECF**
The Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  <u>Felipe Rodriguez v. City of New York, et. al.</u>, 21 Civ. 1649 (AMD)(RLM)

Your Honor:

      I am a Senior Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, representing defendants City of New York, Sgt. George Zaroogian (Ret.) Det. John Beisel (Ret.), Det. John Califano (Ret.), Det. Jerry Fennel (Ret.) and John Wilde (Ret.) in the above referenced matter.  I write in reference to plaintiff's request that the Court set an initial pretrial conference at Docket 35 herein.  Though plaintiff's counsel promised to inform the Court in his request that I will be on vacation the entirety of next week, and thus unavailable for the conference during that time period, he did not.  I thus respectfully request that the conference not be scheduled next week.

      Thank you for your consideration herein.

      Respectfully submitted,

      /s/ Mark D. Zuckerman
      Mark D. Zuckerman
      Senior Counsel

cc:    All Counsel (via ECF)