UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

FELIPE RODRIGUEZ,

                                                Plaintiff,           **NOTICE OF MOTION**

             -against-

THE CITY OF NEW YORK, et. al.,                **21 CV 1649 (AMD)(RLM)**

                                           Defendants.

------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that that upon defendants City of New York, John Beisel, George Zaroogian, John Califano, John Wilde and Jerry Fennel's Memorandum of Law, dated August 26, 2021; the Declaration of Mark D. Zuckerman, dated August 26, 2021 and exhibits annexed thereto, and upon all prior pleadings and proceedings had herein, defendants City of New York, John Beisel, George Zaroogian, John Califano, John Wilde and Jerry Fennel, will move this Court, before the Hon. Ann M. Donnelly, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for the dismissal of plaintiff's First Amended Complaint against them with prejudice, and for such other and further relief as the Court deems just and proper.

        **PLEASE TAKE FURTHER NOTICE**, that, plaintiff is to serve his opposition papers on the undersigned on or before September 28, 2021; and

        **PLEASE TAKE FURTHER NOTICE** that, the moving defendants are to serve their reply papers on or before October 12, 2021.

Dated:     New York, New York
               August 26, 2021

                                             GEORGIA M. PESTANA
                                             Corporation Counsel of the
                                                City of New York
                                             Attorney for Defendants City of New York, John
                                             Beisel, George Zaroogian, John Califano, John
                                             Wilde and Jerry Fennel
                                             100 Church Street, Room 3-133b
                                             New York, New York  10007
                                             (212) 356-3519


                                     By:     /s/ Mark D. Zuckerman
                                                     Mark D. Zuckerman
                                                     Senior Counsel