UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FELIPE RODRIGUEZ,

                Plaintiff,

- against -

THE CITY OF NEW YORK, METROPOLITAN TRANSPORTATION AUTHORITY, LONG ISLAND RAIL ROAD COMPANY, JOHN BEISEL, in his individual and official capacities; THOMAS SULLIVAN,
in his individual and official capacities; CHARLES WENDEL, in his individual and official capacities; JERRY FENNEL, in his individual and official capacities; JOHN CALIFANO, in his individual and official capacities; JOHN WILDE, in his individual and official capacities; GEORGE ZAROOGIAN, in his individual and official capacities; and OTHER AS-YET-UNKNOWN POLICE OFFICERS & SUPERVISORS JOHN and JANE DOES # 1–10,

                Defendants.

21 Civ. 1649 (AMD)(RLM)

**DECLARATION OF STEVEN M. SILVERBERG IN SUPPORT OF MTA DEFENDANTS' MOTION TO DISMISS**

      **STEVEN M. SILVERBERG**, an attorney duly admitted before the Courts of the State of New York and this Court, declares under penalty of perjury:

      1.     I am an associate attorney with the firm Hoguet Newman Regal & Kenney, LLP, and submit this declaration in support of Defendants Metropolitan Transportation Authority ("MTA"), Long Island Rail Road Company ("LIRR") and retired Detectives Thomas Sullivan and Charles Wendel (together "MTA Defendants") motion for summary judgment. I am fully familiar with the facts and circumstances set forth below.

2. Attached hereto as **Exhibit 1** is the Amended Complaint in this matter, which was filed on July 26, 2021. (Dkt. 33)

3. Attached hereto as **Exhibit 2** are true and correct copies of excerpts from the NYPD Investigation File ("DD-5s") concerning the murder of Maureen.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Criminal Complaint in the matter of *People v. Rodriguez*, Supreme Court County of Queens.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a Decision and Order of New York State Supreme Court Justice Joseph A. Zayas, dated, December 30, 2019 in the matter of *People v. Rodriguez*, Index No. 1568/1989, Supreme Court County of Queens.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the transcript of the proceedings before Justice. Zayas, on, December 30, 2019 in the matter of *People v. Rodriguez*, Index No. 1568/1989, Supreme Court County of Queens.

Dated: New York, New York
September 7, 2021

Steven M. Silverberg
HOGUET NEWMAN
REGAL & KENNEY, LLP
60 East 42nd Street, 48th Floor
New York, NY 10165
(212) 689-8808

*Attorneys for MTA Defendants*