# EXHIBIT 2

**COMPLAINT - FOLLOW UP INFORMATIONAL**
PD 313-081A (Rev. 1-86)-31

| Crime | Pct | OCCB No | Complaint No | Date of This Report |
|---|---|---|---|---|
| Homicide | 104 | | 15777 | 11-27-87 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 11-26-87 | 11-26-87 | 1834 | 104 PDS | 12 |

Complainant's Name - Last, First, M.I.: P.S.N.Y.
Victim's Name - If Different: Maureen Fernandes AKA "NINA"

Witness No 1: Last Name, First, M.I. / Address, Include City, State, Zip / Apt. No. / Home Telephone / Business Telephone / Position / Relationship / Sex / Race / Date of Birth / Age

Perpetrators: Total No. of Perpetrators / Wanted / Arrested / Weapon ☐ Used ☐ Possessed / Describe Weapon (If firearm, give color, make, calibre, type, model, etc.)

Perp No 1: Wanted ☐ Arrested ☐ Last Name, First, M.I. / Address, Include City, State, Zip / Apt. No / Res. Pct. / Sex / Race / Date of Birth / Age / Height Ft. In. / Weight / Eye Color / Hair Color / Hair Length / Facial Hair / NYSID No. / ☐ Eyeglasses ☐ Sunglasses / Nickname, First Name, Alias / Clothing Description, Scars, Marks, M.O., Etc. (Continue In "Details"):

Perp No. 2: Wanted ☐ Arrested ☐ Last Name, First, M.I. / Address, Include City, State, Zip / Apt. No / Res. Pct. / Sex / Race / Date of Birth / Age / Height Ft. In. / Weight / Eye Color / Hair Color / Hair Length / Facial Hair / NYSID No. / ☐ Eyeglasses ☐ Sunglasses / Nickname, First Name, Alias / Clothing Description, Scars, Marks, M.O., Etc. (Continue In "Details"):

**AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."**

Comp. Interviewed ☐ Yes ☐ No / In Person ☐ / By Phone ☐ / Date / Time / Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐
Witness Interviewed ☐ Yes ☐ No / In Person ☐ / By Phone ☐ / Date / Time / Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐
Canvass Conducted ☐ Yes ☐ No / If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results / Crime Scene Visited ☐ Yes ☐ No / If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained
Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future / Results:
Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future / Results:
Crime Scene Dusted ☐ Yes ☐ No / By (Enter Results in Details) / Crime Scene Photos ☐ Yes ☐ No / By (Enter Results in Details)
If Closing Case "No Results," Check Appropriate Box and State Justification in Details: ☐ C-1 Improper Referral ☐ C-2 Inaccurate Facts ☐ C-3 No Evidence/Can't ID ☐ C-4 Uncooperative Complainant

DETAILS:

**INVESTIGATION:** HOMICIDE STABBING STREET

**SUBJECT:** INTERVIEW OF JOE CASTILLO (BARTENDER)

0900 hrs
1. On this date and at the above time, the undersigned interviewed Mr. Joe Castillo of 396 5 Ave. Brooklyn N.Y. ~~Mrs~~. Mr. Castillo is the bartender at the Little Liva Inn address: 1189 Gates Ave. Brooklyn N.Y.

2. Mr. Castillo states that he knew the deceased and her brothers George and Robert McNeill for approximately 2 years. "She comes in about once a month. She is a very sociable, friendly girl. When she comes in she generally buys a few rounds of drinks for the other customers. She comes in to have a good time and and usually converses with most of the customers." He states that the racial make-up of the bar is mostly black an d even though she is one of the few white people that frequent the bar, she felt safe because she grew up in the neighborhood and knows most of the people.

3. Mr. Castilla stated that around 2 AM on the morning of Nov. 26, 1987, Maureen Fernandes (AKA NINA) came into the bar with a male, white/hispanic, approx 28 yrs old, 5'8" tall, 170 lbs, rather short styled dark hair, clean shaven, with an athletic build. The bartender did not recognize the male so he took Mrs. Fernandes off to the side and asked if she was O.K. She stated that she was all-right and that he was a friend. They both sat at the bar and had a few drinks. Mr. Castilla stated that Mrs. Fernandes looked like she might have been drinking before she came into the bar, but did not appear intoxicated. He also stated that the male did not appear to be drunk. The two were described as ~~being~~ acting "close" with each other with the male putting his arm around her on different occasions. On one occasion a male black entered the bar and attempted to sell a stolen watch. He approached a few customers before the bartender (Mr. Castillo)

| Reporting Officer's Rank - Signature - Command | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| PO [signature] 104 PDS | ZINKIEWICZ | 865800 | [signature] | [initials] |

REVIEWED

FR 002042

BOROUGH ROBBERY SQD

COMPLAINT FOLLOW-UP INFORMATIONAL
PD 313-081A SECOND SHEET (1-86)

| Page 2 of 2 Pages | Pct. | Complaint No. | Date of This Report |
|---|---|---|---|
| | 104 | 15777 | 11-27-87 |

DETAILS:

told him not to bring in any more stolen items. Mrs. Bernandes told the male/black that if he needed money she would give him $5, but she did not want the watch. The male took the $5 and put the watch back in his pocket. He then bought a drink with the money. Mrs. Fernandes then went to the ladies room. As Mrs. Fernandes went to the ladies room, the male/black took a twenty dollar bill belonging to her from off the bar and walked out. The bartender saw this and told her male companion who ran outside, had a conversation with the male/black, and returned inside together. The male black returns the twenty dollar bill, apologizes, and said that he mis-understood her. Mrs. Fernandes then exits the ladies room, sees what's going on and said that she gave him the money. The male black then remains at the bar, although not with her. At approximately 3:30 A.M. Mrs. Fernandes and her companion got up to leave. As they were walking out, Mrs. Fernandes turned to Mr. Castillo and asked if she had left him a tip. He replied that she had and wished them a good night. Both Mrs. Fernandes and her male companion then exited the bar.

4. Due to the above, the undersigned requests that this case remain active.

CASE ACTIVE

11/2 REVIEWED

| Reporting Officer's Rank, Signature, Command | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| PO 104 PDS | ZINKIEWICZ | 865800 | | |

FR_002043

BOROUGH ROBBERY SQUAD

COMPLAINT FOLLOW-UP
INFORMATIONAL
PD 313-081A (Rev. 1-86)-31

| Crime | Pct | OCCB No | Complaint No | Date of This Report |
|---|---|---|---|---|
| HOMICIDE | 104 | | 15777 | 11/28/87 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 11/26/87 | 11/26/87 | 1834 | 104 sqd. | 34 |

Complainant's Name - Last, First, M.I.: PSNY for Maureen Fernandez
Victim's Name - If Different:

Witness No 1 — Last Name, First, M.I. / Address, Include City, State, Zip / Apt. No. / Home Telephone / Business Telephone / Position/Relationship / Sex / Race / Date of Birth / Age

Perpetrators — Total No. of Perpetrators / Wanted / Arrested / Weapon ☐ Used ☐ Possessed / Describe Weapon (If firearm, give color, make, calibre, type, model, etc.)

Perp. No 1 — Wanted ☐ Arrested ☐ Last Name, First, M.I. / Address, Include City, State, Zip / Apt. No / Res. Pct. / Sex / Race / Date of Birth / Age / Height Ft In / Weight / Eye Color / Hair Color / Hair Length / Facial Hair / NYSID No. / ☐ Eyeglasses ☐ Sunglasses / Nickname, First Name, Alias / Clothing Description, Scars, Marks, M.O., Etc. (Continue In "Details"):

Perp. No. 2 — Wanted ☐ Arrested ☐ Last Name, First, M.I. / Address, Include City, State, Zip / Apt. No / Res. Pct. / Sex / Race / Date of Birth / Age / Height Ft. In. / Weight / Eye Color / Hair Color / Hair Length / Facial Hair / NYSID No. / ☐ Eyeglasses ☐ Sunglasses / Nickname, First Name, Alias / Clothing Description, Scars, Marks, M.O., Etc. (Continue In "Details"):

AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

Comp. Interviewed ☐ Yes ☐ No / In Person ☐ / By Phone ☐ / Date / Time / Results: Same as Comp. Report - Different (Explain in Details) ☐ ☐
Witness Interviewed ☐ Yes ☐ No / In Person ☐ / By Phone ☐ / Date / Time / Results: Same as Comp. Report - Different (Explain in Details) ☐ ☐
Canvass Conducted ☐ Yes ☐ No — If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results / Crime Scene Visited ☐ Yes ☐ No — If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained
Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future / Results:
Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future / Results:
Crime Scene Dusted ☐ Yes ☐ No / By (Enter Results in Details) / Crime Scene Photos ☐ Yes ☐ No / By (Enter Results in Details)
If Closing Case "No Results," Check Appropriate Box and State Justification in Details: ☐ C-1 Improper Referral ☐ C-2 Inaccurate Facts ☐ C-3 No Evidence/Can't ID ☐ C-4 Uncooperative Complainant

DETAILS:

Investigation: HOMICIDE
Subject: Viewing of photos by Joseph Castillo

1. On 11/28/87 Mr. Joseph Castillo a bartender at the Lafiesta Bar located at Gates and Evergreen ave, Bklyn,viewed photos at Miraquic from 1215hrs to 1715 hrs,with negative results at this time.

This case remains active

11/27 REVIEWED

| Reporting Officer's Rank - Signature - Command | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| Det [signature] 104 sqd | Pafitis | 858691 | [signature] | |

BOROUGH ROBBERY SQD

**COMPLAINT - FOLLOW UP INFORMATIONAL**
PD 313-081A (Rev. 1-86)-31

PAGE ____ OF ____ PAGE

| Crime | Pct. | OCCB No. | Complaint No. | Date of This Report |
|---|---|---|---|---|
| HOMICIDE | 104 | | 15777 | 12/1/87 |

| Date of Orig. Report | Date Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|
| 11/26/87 | 11/26/87 | 1834 | 104 sqd. | 9 |

Complainant's Name - Last, First, M.I.: PSNY for Maureen Fernandes /DOA
Victim's Name - If Different:

Witness No 1: Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No.
Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age

Perpetrators: Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.)

Perp. No 1: Wanted ☐ Arrested ☐ Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No | Res. Pct.
Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.
☐ Eyeglasses ☐ Sunglasses | Nickname, First Name, Alias | Clothing Description, Scars, Marks, M.O., Etc. (Continue In "Details"):

Perp. No. 2: Wanted ☐ Arrested ☐ Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No | Res. Pct.
Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | NYSID No.
☐ Eyeglasses ☐ Sunglasses | Nickname, First Name, Alias | Clothing Description, Scars, Marks, M.O., Etc. (Continue In "Details"):

AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."

Comp. Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐
Witness Interviewed ☐ Yes ☐ No | In Person ☐ | By Phone ☐ | Date | Time | Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐
Canvass Conducted ☐ Yes ☐ No | If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results | Crime Scene Visited ☐ Yes ☐ No | If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained
Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:
Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future | Results:
Crime Scene Dusted ☐ Yes ☐ No | By (Enter Results in Details) | Crime Scene Photos ☐ Yes ☐ No | By (Enter Results in Details)
If Closing Case "No Results," Check Appropriate Box and State Justification in Details: ☐ C-1 Improper Referral ☐ C-2 Inaccurate Facts ☐ C-3 No Evidence/Can't ID ☐ C-4 Uncooperative Complainant

DETAILS:

INVESTIGATION: HOMICIDE
SUBJECT: INTERVIEW OF WILLIAM PERRY

1. On 11/30/87 at approx 1700hrs Mr. William Perry was present at the 104 sqd Mr. Perry resides at 102 Covert street, Bklyn NY, DOB [redacted], Tel# 443-4002.

Mr. Perry states that he was a friend of the deceased in this case and also a friend of ther family .for about 7 or 8 years. He stated he knows them from the neighborhood from which he lives, including the LaFiesta Bar at Gates and Evergreen where he has often seen Maureen the victim . He states that Maureen usually goes into the bar alone and that she always knows someone in there, he never saw her in there with another man in a romantic way. Maureens brother George also congregates in that bar.

2. On 11/25/87 at approximately 2200hrs Mr. Perry was in the LaFiesta Bar, he left the bar at about 0230 hrs and he was at his residence at about 0300 hrs. At approximately 0145 hrs to 0200 Mr Perry states he saw Maureen the victim come into the LaFiesta bar with a male white, Perry looked at them as they walked by him, he immediately noticed a beutiful looking car parked on Evergreen as he looked out the window when the victim walked past, Perry stated that he was sure the victim had gotten out of that car. Perry then walked over to Maureen to say hello, Maureen intriduced the M/W to him as follows,"This is my buddy",Perry shook his hand and the M/W looked directly at Perry in a starring manner.Perry ~~thenxxwlkd~~ then walked away to the other end of the bar near the front.Before Perry left the bar at approx 0230 hrs he walked back over to Maureen and the M/W to say goodnight, Maureen sai to Perry, please don't say anything to Carney(husband) i'm just having a few drinks, Perry said no problem , he agin shook hands with the M/W and then left the bar.

Confnued

| Reporting Officer's Rank - Signature - Command | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| Det. 104sqd | Pafitis | 858691 | | |

FR-002146

| | | | |
|---|---|---|---|
| COMPLAINT FOLLOW-UP INFORMATIONAL | Pct. | Complaint No. | Date of This Report |
| PD 313-081A SECOND SHEET (1-86)-24 | 104 | 15777 | 12/1/87 |

Page 2 of 2 Pages

DETAILS:

William Perry offered the following discription of the male who was with the victim in the bar on 11/25/87.

Discription

M / W or M/H
30s
5'7 to 5'9
thin build (in good shape)
Straight nose
eyes were not dark
no glasses
Full head of hair pushed back

*(handwritten: hair color ? brown/wh    ring/tatoos ?)*

Clothes

Dress pants
dress shirt/ no tie
½ length brown jacket
nice shoes

This case remains active

Reporting Officer's Rank, Signature, Command: Det [signature] 104 sqd
Name Printed: Pafitis
Tax Registry No.: 858691

FR_002147

COMPLAINT - FOLLOW UP INFORMATIONAL
PD 313-081A (Rev. 1-86)-31

PAGE 1 OF 2 PAGE

| Crime | Pct | OCCB No | Complaint No | Date of This Report |
|---|---|---|---|---|
| HOMICIDE | 104 | | 15777 | 12/4/87 |

| Date of Orig. Report | Date Assigned | Case No | Unit Reporting | Follow-Up No |
|---|---|---|---|---|
| 11/26/87 | 11/26/87 | 1834 | 104 sqd | 103 |

Complainant's Name - Last, First, M.I.: PSNY Maureen Fernandes
Victim's Name - If Different:

Witness No 1: Last Name, First, M.I. / Address, Include City, State, Zip / Apt. No. / Home Telephone / Business Telephone / Position / Relationship / Sex / Race / Date of Birth / Age

Perpetrators: Total No. of Perpetrators / Wanted / Arrested / Weapon ☐ Used ☐ Possessed / Describe Weapon (If firearm, give color, make, calibre, type, model, etc.)

Perp. No 1: ☐ Wanted ☐ Arrested / Last Name, First, M.I. / Address, Include City, State, Zip / Apt. No / Res. Pct. / Sex / Race / Date of Birth / Age / Height Ft. In. / Weight / Eye Color / Hair Color / Hair Length / Facial Hair / NYSID No. / ☐ Eyeglasses ☐ Sunglasses / Nickname, First Name, Alias / Clothing Description, Scars, Marks, M.O., Etc. (Continue In "Details"):

Perp. No 2: ☐ Wanted ☐ Arrested / Last Name, First, M.I. / Address, Include City, State, Zip / Apt. No / Res. Pct. / Sex / Race / Date of Birth / Age / Height Ft. In. / Weight / Eye Color / Hair Color / Hair Length / Facial Hair / NYSID No. / ☐ Eyeglasses ☐ Sunglasses / Nickname, First Name, Alias / Clothing Description, Scars, Marks, M.O., Etc. (Continue In "Details"):

**AREA WITHIN BOX FOR DETECTIVE/LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS."**

Comp. Interviewed ☐ Yes ☐ No / In Person ☐ / By Phone ☐ / Date / Time / Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐
Witness Interviewed ☐ Yes ☐ No / In Person ☐ / By Phone ☐ / Date / Time / Results: Same as Comp. Report ☐ - Different (Explain in Details) ☐
Canvass Conducted ☐ Yes ☐ No / If Yes - Make Entry in Body Re: Time, Date, Names, Addresses, Results / Crime Scene Visited ☐ Yes ☐ No / If Yes - Make Entry in Details Re: Time, Date, Evidence Obtained
Complainant Viewed Photos ☐ Yes ☐ Refused ☐ Future / Results:
Witness Viewed Photos ☐ Yes ☐ Refused ☐ Future / Results:
Crime Scene Dusted ☐ Yes ☐ No / By (Enter Results in Details) / Crime Scene Photos ☐ Yes ☐ No / By (Enter Results in Details)
If Closing Case "No Results," Check Appropriate Box and State Justification in Details: ☐ C-1 Improper Referral ☐ C-2 Inaccurate Facts ☐ C-3 No Evidence / Can't ID ☐ C-4 Uncooperative Complainant

DETAILS:

Investigation : HOMICIDE
Subject: Response to the La Fiesta Bar
Interview of Robert Thompson 64 Palmetto Apt 2L, DOB [redacted]

1. On 12/4/87 at approximately 2015 hrs the undersigned was present at the Lafiesta Bar and did speak to one Mr. Robert Thompson, of 64 Palmetto st , Apt. 2L, DOB [redacted].

Thompson stated that on 11/26/87 at approximatley 0200hrs he went into the Lafiesta bar, he stated that he approached a female white who was at the bar with a male white or Hispanic and he offered her a watch to buy. Thompson was shown a photo of the F/W victim and he stated the person in the bar was the same as in the photo. The victim declined to buy the watch but the victim bought him a drink and gave him 5.00 dollars. The victim said to him that she didn't trust the guy she was with, shortly afterwoods she told Thompson that she was going to the bathroom and asked him to watch the $20.00 dollars she left on the bar,because she didn't trust the guy she was with, just before going into the bathroom she asked the bartender to buy a round . After the bartender served the round he went to take to $20.00 off the bar to charge for the drinks , the male with the victim grabbed the $20.00 and said he will pay for these drinks, he put the 20.00 in his pocket paid for the drinks;with 8 singles and left 3.00 dollars on the bar, Thompson feels in doing this he was stealing $9.00 from the victim. Thompson further stated that he was talking with the victim for about 30 minutes and he had little converstaion with the male she was with. Thompson left the bar at abo 230 Am and returned to the bar about 3Am, he said that the victim and the ma were still there. He agin approached the victim , she boughtbhim another dr drink. Thompson stated that she,the victim said thathe male she was with infront of him, that she did not trust him and did not like him. Thompson stated that the Male did not respond to her but kind of smiled at her in a strange way. Thompson wanted to say to her , Why stay with him.

Continued

| Reporting Officer's Rank - Signature - Command | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| Det [signature] 104 sqd | Pafitis | 858691 | | |

REVIEWED

FR 002151



COMPLAINT FOLLOW-UP INFORMAT'AL
PD 313-081A SECOND SHEET (1-86)-24

| Pct. | Complaint No. | Page | Date of This Report |
|---|---|---|---|
| 104 | [illegible]7 | 2 of 2 Pages | 12/4/87 |

DETAILS:

The victim spoke often of her brothers particulary Robert who has the same name as Thompsons first name.

Thompson also stated that the victimhad stated to him at some point in his conversationswith the victim that the male she was with brought her to the bar with a car. Thompson did not see the victim get in or get out of a car, he did however see a Black Monte carlo parked on the Evergreen side og the bar

Vehicle Discription:

1975-1977 Monet Carlo
Black
Tinted windiws
Round Heard lights

Discription of male with Victim

M/H or M/W(Italian)
30,32 ytrs old
5'8 5'9
165 lbs
clean shaven
Redish brown hair( combed back above ears/ possible a fresh hair cut/ hair was neat
no stomach/ in good shape
Gold ring on right index finger/ gold watch right hand
Bow Legged

Clothes

Beige pants
White shirt
Sweater over shirt/ no tie / Multi colored sweater (blue/ green white)
white sneakers
did not notice jacket or coat
no glasses
no hat

THIS CASE REMAINS ACTIVE

REVIEWED

| Reporting Officer's Rank, Signature, Command | Name Printed | Tax Registry No. | Supervisor's Signature | C.O.'s Initials |
|---|---|---|---|---|
| Det [signature] 104 sqd | Pafitis | 858691 | [signature] | [initials] |

| | | | | | |
|---|---|---|---|---|---|
| INVESTIGATE HOMICIDE | | 104 | | 15777/87 | 9/29/88 |
| 11/26/87 | 7/1/88 | 1834 | | 104SQD | |

Complainant's Name: P.S.O.N.Y. (FERNANDEZ)

### INVESTIGATION: INVESTIGATE HOMICIDE
### SUBJECT: VIEWING OF PHOTO SPREAD

1. On this date, 9/29/88 the writer responded to the home of Joseph Castillo, 541 Wythe Ave Brooklyn at which time he was shown 14 seperate photos, one of which was Felipe Rodriguez.

2. At this showing Mr. Castillo picked out the photo of Mr. Rodriguez and stated that he was the male with the deceased on 11/26/87 at the bar where he (Mr. Castillo) worked.

3. Pending further investigation into this case the writer request this case be marked active at this time...

CASE ACTIVE AT THIS TIME...

Reporting Officer: DET BEISEL   104SQD   Tax Registry No. 859003

FR_002351