# EXHIBIT 3

CRIMINAL COURT OF THE CITY OF NEW YORK
PART AR1        COUNTY OF QUEENS

THE PEOPLE OF THE STATE OF NEW YORK
                        VS
1. FELIPE RODRIGUEZ
                        DEFENDANT

STATE OF NEW YORK
COUNTY OF QUEENS

DET. JOHN BEISEL OF 104 PCT, SHIELD 188, BEING DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT THE DATE OF NOVEMBER 26, 1987 AT ABOUT 8:45AM AT REAR OF 66-35 OTTO ROAD, COUNTY OF QUEENS, STATE OF NEW YORK, THE DEFENDANT COMMITTED THE OFFENSES OF:

    PL 125.25-1         MURDER IN THE SECOND DEGREE
    PL 265.01-2DA       CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE

UNDER THE FOLLOWING CIRCUMSTANCES:

    DEPONENT STATES BASED ON OFFICIAL POLICE INVESTIGATION AND INFORMATION SUPPLIED BY A PERSON KNOWN TO HIM AND TO THE QUEENS DISTRICT ATTORNEY THAT AT THE ABOVE MENTIONED DATE, TIME AND PLACE, THE DEFENDANT, WITH INTENT TO CAUSE THE DEATH OF MAUREEN FERNANDEZ, CAUSED THE DEATH OF MAUREEN FERNANDEZ;
    AND THAT AT THE AFORESAID DATE, TIME AND PLACE, THE DEFENDANT, KNOWINGLY AND UNLAWFULLY POSSESSED A DANGEROUS KNIFE WITH INTENT TO USE THE SAME UNLAWFULLY AGAINST ANOTHER.
    IN THAT THE DEFENDANT ACTED AS FOLLOWS:
    YOUR DEPONENT STATES, BASED UPON INFORMATION SUPPLIED BY SEVERAL PERSONS KNOWN TO HIM AND THE QUEENS DISTRICT ATTORNEY'S POLICE INVESTIGATION, THAT AT THE ABOVE DESCRIBED DATE, TIME, AND LOCATION THE DEAD BODY OF MAUREEN FERNANDEZ, A VICTIM OF MULTIPLE STAB WOUNDS TO THE NECK, CHEST, AND BACK WAS FOUND BEHIND A WAREHOUSE AT 66-35 OTTO ROAD WITH TIRE TRACKS NEAR THE BODY. BASED UPON INFORMATION SUPPLIED BY PERSON KNOWN TO ME AND THE DISTRICT ATTORNEY, EARLIER THAT EVENING, MAUREEN FERNANDEZ WAS VISITING A PATIENT AT WYCKOFF HEIGHTS HOSPITAL. AT OR ABOUT THIS TIME THE DEFENDANT ARRIVED AT WYCKOFF HEIGHTS HOSPITAL AND BORROWED A 1978 OLDSMOBILE TORONADO FROM HIS FRIEND, A SECURITY GUARD AT THE HOSPITAL. IN THE HOSPITAL'S VINCINITY, THE DEFENDANT MET THE VICTIM, MAUREEN FERNANDEZ, AND TOOK HER TO LITTLE LIVA BAR, AT 1189 GATES AVENUE, AFTERWARDS, THE DEFENDANT LEFT WITH MAUREEN FERNANDEZ AND DROVE TO A LOCATION WHERE HE LATER STABBED MAUREEN FERNANDEZ MUTIPLE TIMES WITH A KNIFE, IN THE

CONTD NEXT PAGE

EXHIBIT K

FR_004403

CONTD FROM PREVIOUS PAGE

DEFENDANT: FELIPE RODRIGUEZ

NECK, CHEST AND BACK, THEREBY CAUSING THE DEATH OF MAUREEN FERNANDEZ, BEFORE ABANDONING HER BODY WHERE IT WAS LATER FOUND. WHEN THE DEFENDANT LATER RETURNED THE BORROWED CAR, HE ADMITTED TO THE CAR'S OWNER, A PERSON KNOWN TO DEPONENTE, THAT HE HAD STABBED A WOMAN. AFTERWARDS, THE OWNER OF THE CAR DID NOTICE WHAT APPEARED TO BE FRESH BLOOD STAINS ON THE PASSENGER DOOR AND PASSENGER SEAT.

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

SWORN TO BEFORE ME ON THE TWENTY-EIGHTH DAY OF MARCH 1989

3/28/89  Det John W Bene
DATE      SIGNATURE

Lawrence M Litwack
41-61 Kissena Blvd  Flushing

Felipe Rodriguez

FR_004404