Case Name: Rodriguez v. City of New York et al
Docket #: 21-cv-1649

### INITIAL CONFERENCE QUESTIONNAIRE

1. Have the parties exchanged the automatic disclosures required by Fed. R. Civ. P. 26(a)(1)?  __Yes____

2. If additional interrogatories beyond the 25 permitted under Fed. R. Civ. P. 33(a) are needed, the maximum *additional* ones by:   plaintiff(s) _____ and defendant(s) _____ **The parties do not anticipate needing additional interrogatories.**

3. Maximum number of requests for admission by: plaintiff(s) __10__ and defendant(s) _____ **20 (10 for MTA Defendants and 10 for City Defendants)**

4. Number of depositions by plaintiff(s) of: parties __10__ non-parties __10__
   **Plaintiff will seek leave of court for any depositions taken in excess of 10.**

5. Number of depositions by defendant(s) of: parties __3___ non-parties __7___
   **Defendants will seek leave of court for any depositions taken in excess of 10.**

6. Time limit per deposition (if more than 7 hours permitted by Fed. R. Civ. P. 30 (d)(1)  is required):
   __n/a__

7. Date for completion of factual discovery: _____ **March 8, 2022** _____

8. Number of expert witnesses of plaintiff(s): __2___ medical __3___ non-medical
   Date for expert disclosure, including report(s): ___ **April 7, 2022** ___

9. Number of expert witnesses of defendant(s): __2___ medical __3___ non-medical
   Date for expert disclosure, including report(s): __ **May 23, 2022** __

10. Dates for completion of expert depositions (if desired):  **July 22, 2022**

11. Time for amendment of the pleadings by plaintiff(s) ___ **October 25, 2021** ___ and by defendant(s
    **30 days after initial pleadings are due.**

12. Number of proposed additional parties to be joined by plaintiff(s) __3___ and
    defendant(s) _____ and time for adding those parties: ___ **November 8, 2021.** ___

13. Types of contemplated dispositive motions:  **All parties contemplate filing for summary judgment.**

14. Dates for filing contemplated dispositive motions, or where applicable, requests for a premotion conference: ___ **August 22, 2022 (30 days after completion of expert discovery)** ___

15. Have counsel reached any agreements regarding electronic discovery?  If so, please describe at the initial conference. **No**

16. Do the parties consent[1] to trial before a magistrate judge pursuant to 28 U.S.C. § 636(d)? (Answer "no" if any party declines to consent, without indicating which party has declined.)  Yes _____  No _X___

---

[1] The fillable consent form A0 85 may be found at https://www.nyed.uscourts.gov/forms/all-forms/general_forms and may be filed electronically upon completion prior to the initial conference, or brought to the initial conference and presented to the Court for processing.  Consenting does not affect a party's right to a jury trial.