| **ROANNE L. MANN** | **DATE:**  September 14, 2021 |
|---|---|
| **UNITED STATES MAGISTRATE JUDGE** | **START:**  12:02 p.m. |
| | **END:**  12:37 p.m. |

**DOCKET NO:** 21-cv-01649-AMD-RLM

**CASE**  Rodriguez v. City of New York et al

| | |
|---|---|
| X   INITIAL CONFERENCE | ☐   OTHER/*CHEEKS* HEARING |
| ☐   DISCOVERY CONFERENCE | ☐   FINAL/PRETRIAL CONFERENCE |
| ☐   SETTLEMENT CONFERENCE | X   TELEPHONE CONFERENCE |
| ☐   MOTION HEARING | ☐   INFANT COMPROMISE HEARING |

**PLAINTIFF**

| | **ATTORNEY** |
|---|---|
| Felipe Rodriguez | Zachary Margulis-Ohnuma and Benjamin Notterman |

**DEFENDANT**

| | **ATTORNEY** |
|---|---|
| City of New York defendants | Mark David Zuckerman |
| Metropolitan Transportation Authority defendants and Long Island Rail Road Company defendants | Steven Mark Silverberg and Helene R. Hechtkopf |

X   **FACT DISCOVERY TO BE COMPLETED BY**  March 8, 2022
☐   **SETTLEMENT CONFERENCE SCHEDULED FOR**  _____
☐   **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY**  _____
☐   **PL. TO SERVE DEF. BY:**_____  **DEF. TO SERVE PL. BY:**_____

**RULINGS:  PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic initial conference.  By November 5, 2021, the parties must file a joint letter-motion requesting that the discovery schedule be held in abeyance (in the event the parties have agreed to settle the case) or requesting a settlement conference or a referral to court-annexed mediation.  Pleadings for all parties may be amended and new parties added as of right by November 8, 2021.  Plaintiff's medical and non-medical expert disclosures shall be served by April 7, 2022; defendants' medical and non-medical expert disclosures are due by May 23, 2022.  The parties are to complete expert depositions by July 22, 2022.  Fact discovery must be completed by March 8, 2022.  The parties have until August 22, 2022, to request a premotion conference before Judge Donnelly.