# ZMO Law PLLC

November 4, 2021

*Via ECF*

Hon. Roanne L. Mann
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      RE: *Felipe Rodriguez v. City of New York et al.*, 21-cv-01649

Dear Judge Mann:

    This office represents plaintiff Felipe Rodriguez in the above-captioned matter. At the initial conference on September 14, 2021, the Court directed the parties to file a joint letter by November 5, 2021 requesting that the discovery schedule be held in abeyance or requesting a settlement conference or a referral to court-annexed mediation.

    The parties have met and conferred and have agreed that, since the defendants' motions to dismiss are pending, a settlement conference or mediation is unlikely to be productive at this time. Accordingly, the parties wish to proceed with discovery as scheduled and propose contacting the Court on or by January 14, 2022 with an update as to when they believe a settlement conference would be more productive.

    Thank you for your attention to this case.

                                        Very truly yours,

                                        *Zachary Margulis-Ohnuma*

                                        Zachary Margulis-Ohnuma

CC: All Counsel (via ECF)

260 Madison Avenue, 17th Floor • New York, NY 10016
(212) 685-0999 • info@zmolaw.com
www.zmolaw.com