# Exhibit C

## QUEENS DETECTIVE AREA LINE-UP

| | | |
|---|---|---|
| U.F 61 # 15777/87 | PCT. 104 Pct. | CASE # 1834/87 |
| DATE OF OCC. 11/26/87 | TIME OF OCC. 0855 Hrs. | CRIME Homicide |
| DATE OF LINE UP 03/27/89 | PLACE OF LINE UP 104 th Pct. Det. Sqd. | |
| OFFICER ASSIGNED Det. Beisel | SHIELD 188 | CMD. 104 PDS |
| SUPERVISOR Sgt. Zaroogian | RANK Sgt. | CMD. 104 PDS |

1. Subject advised of rights if interrogated. __Yes__ __A/O__
2. Subject advised of reason for line up. __Yes.__ __A/O__
3. Subject advised of right to have attorney present. __Yes__ __A/O__
4. If subject waives right to have attorney present. _____ Signature
5. Subjects attorney notified. __N/A__  Time: __N/.A__
6. Subjects attorney present. __N/A__
7. A.D.A. notified. __Yes__   A.D.A. Present __Dave Dickman__
8. Time line up commenced: __2110 Hrs.__   Completed: __2112 Hrs.__

POSITION: (4) (6) (1) (5) (3) (2)

# 1. [Names]
# 2. [Names]
# 3. Felipe Rodrigquez
# 4. [Names]
# 5. [Names]
# 6. [Names]

Viewers signature _____   Address 541 WYTHE AVE

1. Do you recognize anyone? Ans. Of all #6 —
2. What number do you recognize? Ans. because the way he combed his hair + the shape of his face.
3. Where do you recognize him/her from? Ans.

NOTE: A polaroid photograph will be taken of each line up, and any repositioning of participants. The number of each participant will be identified and recorded on this sheet and the back of the photo. A copy of this sheet and photograph attached will be vouchered as evidence. Note attorneys objections on reverse side of form or space below.

QDA 797

## QUEENS DETECTIVE AREA LINE-UP

U.F 61 # __15777/87__     PCT. __104 Pct.__     CASE # __1834/87__

DATE OF OCC. __11/26/87__     TIME OF OCC. __0855 Hrs.__     CRIME __Homicide__

DATE OF LINE UP __03/27/89__     PLACE OF LINE UP __104 th Pct. Det. Sqd.__

OFFICER ASSIGNED __Det. Beisel__     SHIELD __188__     CMD. __104 PDS__

SUPERVISOR __Sgt. Zaroogian__     RANK __Sgt.__     CMD. __104 PDS__

1. Subject advised of rights if interrogated. __Yes.     A/O__
2. Subject advised of reason for line up. __Yes.     A/O__
3. Subject advised of right to have attorney present. __Yes.  A/O__
4. If subject waives right to have attorney present. _____ Signature
5. Subjects attorney notified. __N/A__     Time: __N/A__
6. Subjects attorney present. __N/A__
7. A.D.A. notified. __Yes__     A.D.A. Present __Dave Dickman__
8. Time line up commenced: __2108 Hrs.__     Completed: __2110 Hrs__

POSITION    ④    ⑥    ①    ⑤    ③    ②

\# 1. Names
\# 2.
\# 3. Felipe Rodriguez
\# 4. Names
\# 5.
\# 6.

Viewers signature __William Perry__     Address __102 Covet St__

1. Do you recognize anyone? Ans. __Not really__
2. What number do you recognize? Ans. _____
3. Where do you recognize him/her from? Ans. _____

NOTE: A polaroid photograph will be taken of each line up, and any repositioning of participants. The number of each participant will be identified and recorded on this sheet and the back of the photo. A copy of this sheet and photograph attached will be vouchered as evidence. Note attorneys objections on reverse side of form or space below.

QDA 798

## QUEENS DETECTIVE AREA LINE-UP

| | | | |
|---|---|---|---|
| U.F 61 # 15777/87 | PCT. 104 Pct. | | CASE # 1834/87 |
| DATE OF OCC. 11/26/87 | TIME OF OCC. 0855 Hrs. | | CRIME Homicide |
| DATE OF LINE UP 03/27/89 | PLACE OF LINE UP 104 th Pct. Det. Sqd. | | |
| OFFICER ASSIGNED Det. Beisel | | SHIELD 188 | CMD. 104PDS |
| SUPERVISOR Sgt. Zarpogian | | RANK Sgt. | CMD. 104 PDS |

1. Subject advised of rights if interrogated. — Yes. A/O
2. Subject advised of reason for line up. — Yes. A/O
3. Subject advised of right to have attorney present. — Yes. A/O
4. If subject waives right to have attorney present. — _____ Signature
5. Subjects attorney notified. N/A — Time: N/A
6. Subjects attorney present. N/A
7. A.D.A. notified. Yes — A.D.A. Present Dave Dickman
8. Time line up commenced: 2105 Hrs — Completed: 2108 Hrs.

POSITION: (4) (6) (1) (5) (3) (2)

# 1. Names
# 2. _____
# 3. Felipe Rodriguez
# 4. Names
# 5. Names
# 6. _____

Viewers signature: Robert Thompson  Address: 64 Palmento St.

1. Do you recognize anyone? Ans. #Yes
2. What number do you recognize? Ans. #3 - But he is a lot thinner + his hair is longer now.
3. Where do you recognize him/her from? Ans. From the bar - he was with the lady + I tried to sell him a watch

NOTE: A polaroid photograph will be taken of each line up, and any repositioning of participants. The number of each participant will be identified and recorded on this sheet and the back of the photo. A copy of this sheet and photograph attached will be vouchered as evidence. Note attorneys objections on reverse side of form or space below.

QDA 799