TUES. 03/01/88

ON TUESDAY MARCH 01, 1988 I RECEIVED THE SUM OF TEN DOLLARS ($10.00) FROM DETECTIVE T. SULLIVAN OF THE LIRR POLICE. THIS MONEY WAS RECEIVED FOR MY COOPERATION IN THE FERNANDES HOMICIDE INVESTIGATION. x Robert Thompson

QDA 3439

03/17/87

On Thursday March 17, 1988 at 12:25PM I was given a total of $10.00 by Det. T.Sullivan of the LIRR Police Dept. This $10.00 was given to me for my ongoing assistance in the Fernandes Homicide (Re;DD#1650-87).

x *Robert Thompson*

QDA 3440