Robert Thompson          Mickey
64 Palmetto St   11/15/59   PAFITHS
Prob began 1983

OLD PROB. OFFICER - Ms. Pauling
PER MR. DREXEL - # SUPERVISON 802-4331
THE NEW PROBATION OFFICER is Ms. Scott
HER # 802-4366  She sees clients on
Thursdays
                                      → CALLED IN
LAST TIME HE REPT WAS 5/7/87    JULY
Got on 4-30-84  Comes off 4-29-89

If probationer does not get into
any trouble, He can be off
prob in 4 months
                    PER MR DREXEL

HAVE Robert CALL HER right away
ALSO Mickey you call her to verify
HE IS helping you

"HE is not Violated Yet"

0830 HRS                    Supra
                             12/7/87

D 1282