

| | **T**HE **C**ITY OF **N**EW **Y**ORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX** <br> *Corporation Counsel* | **L**AW **D**EPARTMENT <br> 100 CHURCH STREET <br> NEW YORK, NY 10007 | **MARK D. ZUCKERMAN** <br> Senior Counsel <br> E-mail: mzuckerm@law.nyc.gov <br> Phone: (212) 356-3519 <br> Fax: (212) 788-9776 |

March 17, 2022

**VIA ECF**
The Honorable Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:  <u>Felipe Rodriguez v. City of New York, et. al.</u>, 21 Civ. 1649 (AMD)(RLM)

Your Honor:

        I am a Senior Counsel in the office of Hon. Sylvia Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York, Sgt. George Zaroogian (Ret.), Det. John Beisel (Ret.), Det. John Califano (Ret.), Det. Jerry Fennel (Ret.) and John Wilde (Ret.) in the above referenced matter.  We write in accordance with Your Honor's Order at Docket 63 to respectfully submit the required notarized declaration of retired Det. John Beisel.

        Thank you for your consideration herein.

                                                                          Respectfully submitted,

                                                                         /s/ Mark D. Zuckerman
                                                                         Mark D. Zuckerman
                                                                         Senior Counsel

        cc:       All Counsel (via ECF)