UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------x

FELIPE RODRIGUEZ,

                Plaintiff,

-against-

THE CITY OF NEW YORK, et. al.,

                Defendants.

-----------------------------------------x

DECLARATION OF JOHN BEISEL

21-CV-1649 (AMD)(RLM)

JOHN BEISEL, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statement is true and correct:

1. Neither Javier Ramos nor Robert Thompson were designated as NYPD "confidential informants" to the best of my knowledge.

Dated: Smithtown, New York
      March 17, 2022

                                                _/s/ John Beisel_
                                                John Beisel

STATE OF NY, COUNTY OF Suffolk ss.:

On March 17, 2022 before me personally came John Beisel to me known, and known to me to be the individual described in, and who executed the foregoing DECLARATION, and duly acknowledged to me that he executed the same.

                                                  NOTARY PUBLIC

NINA JOSHI
Notary Public, State of New York
No. 01JO5026173
Qualified in Suffolk County
Commission Expires 05/23/2022