Case 1:21-cv-01649-AMD-RLM   Document 66   Filed 03/21/22   Page 1 of 1 PageID #: 1006



|  | **T**HE **C**ITY OF **N**EW **Y**ORK |  |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARK D. ZUCKERMAN**<br>Senior Counsel<br>E-mail: mzuckerm@law.nyc.gov<br>Phone: (212) 356-3519<br>Fax: (212) 788-9776 |

March 21, 2022

**VIA ECF**
The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:  <u>Felipe Rodriguez v. City of New York, et. al.</u>, 21 Civ. 1649 (AMD)(RLM)

Your Honor:

        I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York, Sgt. George Zaroogian (Ret.) Det. John Beisel (Ret.), Det. John Califano (Ret.), Det. Jerry Fennel (Ret.) and John Wilde (Ret.) in the above referenced matter. We write jointly with all parties to respectfully request that Your Honor execute the annexed stipulation and proposed order.

        Thank you for your consideration herein.

                                          Respectfully submitted,

                                          /s/ Mark D. Zuckerman
                                          Mark D. Zuckerman
                                          Senior Counsel

cc:       All Counsel (via ECF)