UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------- x

FELIPE RODRIGUEZ,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, et. al.,

                              Defendants.

---------------------------------------------------------------------------- x

**STIPULATION AND ORDER**

21 Civ. 1649 (AMD)(RLM)

        **IT IS HEREBY STIPULATED AND AGREED** that the depositions taken of John Beisel, George Zaroogian, John Califano, Charles Wendel, Thomas Sullivan, Robert Masters, Robert Alexander, Alan Safran and David Dikman taken in the Court of Claims case <u>Felipe Rodriguez v. State of New York</u>, Claim 134584 may be used in <u>Felipe Rodriguez v. City of New York, et. al.</u>, 21 Civ. 1649 (AMD)(RLM), as if taken therein.

Dated: New York, New York
       March 21, 2022

By:    ZMO LAW PLLC

       <u>/s/ Zachary Margulis-Ohnuma</u>
       Zachary Margulis-Ohnuma
       260 Madison Ave., 17th Floor
       New York, New York 10016

       *Counsel for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
CORPORATION COUNSEL OF
THE CITY OF NEW YORK

<u>/s/ Mark Zuckerman</u>
Mark D. Zuckerman
Senior Counsel
100 Church Street
New York, New York 10007

*Counsel for City Defendants*

HOGUET NEWMAN REGAL &
KENNEY, LLP

/s/ Steven Silverberg
Steven Silverberg
One Grand Central Place
60 East 42nd Street, 48th Floor
New York, New York 10165

*Counsel for Charles Wendel and
Thomas Sullivan*

SO ORDERED:

_____
HON. ANN M. DONNELLY
UNITED STATES
DISTRICT JUDGE

Dated:  March ___,  2022